# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

ROY CASTON                                                                                           PLAINTIFF

VS.                                                               CIVIL ACTION NO. 4:18-cv-20—JMV

GKD MANAGEMENT LP, d/b/a A&G
COMMERCIAL TRUCKING, a/k/a A&G
COMM. TRUCKING, AND
JOHN DOES 1-5                                                                                    DEFENDANT

MISSISSIPPI PUBLIC ENTITY WORKERS'
COMPENSATION TRUST                                                                    INTERVENOR

## ORDER OF DISMISSAL WITH PREJUDICE

Upon request of the parties and consistent with the Order [80] authorizing settlement, this case is hereby **DISMISSED WITH PREJUDICE**. The Clerk shall forthwith close this case.

**SO ORDERED** this 3rd day of January, 2019.

/s/ Jane M. Virden
**U. S. Magistrate Judge**